UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARLOS CEDENO HERNANDEZ and SANTO ROQUE :
VARGAS BATISTA,                                                        :
                                                                       :
                              Plaintiffs,                              :          25 Civ. 7269 (JPC)
                                                                       :
               -v-                                                     :          ORDER
                                                                       :
BELMONT REALTY LLC, *et al.*,                                          :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 28, 2026, this Court extended Defendants' deadline to answer or otherwise respond to the Complaint to February 27, 2026, which would "allow the parties to continue their ongoing settlement discussions" with a mediator. Dkt. 13. On February 18, 2026, the mediator reported that agreement was reached on all issues. Dkt. 14. But Defendants have yet to file a notice of settlement, nor have they responded to the Complaint by the deadline. If the parties have indeed settled, they shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by March 17, 2026. If they have not settled, Defendants shall file their answer or response to the Complaint by that same date.

        SO ORDERED.

Dated: March 3, 2026
        New York, New York                          _____
                                                          JOHN P. CRONAN
                                                    United States District Judge