UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS CEDENO HERNANDEZ *and*,
SANTO ROQUE VARGAS BATISTA,

                Plaintiffs,

    -against-

BELMONT REALTY LLC, *and*
PASQUALE PERRETTA, *and*
MICHAEL PERRETTA, *individually*,

                Defendants.

Case No. 25 cv 7269 (JPC)

**JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Belmont Realty LLC having offered to allow Plaintiffs Carlos Cedeno Hernandez and Santo Roque Vargas Batista ("Plaintiffs") to take a judgment against it, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 10, 2026, and filed as Exhibit "A" to Docket Number 16

**WHEREAS**, on March 16, 2026, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 16);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of five thousand dollars ($5,000.00), and the clerk is directed to close the case.

Dated: New York, New York
    March 17    , 2026

JOHN P. CRONAN
United States District Judge